**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**JIMMIE LACEY and TAMMYE LACEY**                                                            **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 3:06CV513BS**

**UNION NATIONAL FIRE INSURANCE
COMPANY and RICHARD KISER, JR.**                                          **DEFENDANTS**

_____

<u>**ORDER**</u>

This matter came before the court on the Joint Motion to Stay, in which the parties seek a

forty-five day stay of all proceedings in this case, including the necessity of responding to the Motion

to Dismiss or filing a Motion to Remand, for the purpose of seeking an agreement on an arbitrator

and a date for arbitration.  The court has reviewed the Motion and is of the opinion that it has merit

and should be granted.

IT IS, THEREFORE, ORDERED that the Joint Motion to Stay is hereby **granted**, and this

matter will be stayed until November 30, 2006, by which time the parties shall have reported to the

court regarding the status of arbitration.

IT IS SO ORDERED, this the 16th day of October, 2006.


_____
                                          S/James C. Sumner
                         UNITED STATES MAGISTRATE JUDGE