IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


JIMMIE LACEY and TAMMYE LACEY                          PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:06CV513-WHB-LRA

UNION NATIONAL FIRE INSURANCE COMPANY
AND RICHARD "RICK" KISER, JR.                          DEFENDANTS


<u>ORDER OF DISMISSAL</u>

        This cause is before the Court on the parties' Uncontested

Motion to Dismiss.  As dismissal of this case is agreed to by both

parties, the Court finds that the Motion is well taken and should

be granted, and that this case should be dismissed without

prejudice.

        IT IS THEREFORE ORDERED that the Uncontested Motion to Dismiss

[Docket No. 9] is hereby granted.

        IT IS FURTHER ORDERED that the above referenced case be

dismissed, without prejudice.

        SO ORDERED this the 26th day of December, 2006.


                          s/William H. Barbour, Jr.
                          UNITED STATES DISTRICT JUDGE